EXHIBIT 1



**Law Office of James Clifford**
*Solving Problems | One Client at a Time*

One Monument Way, Suite 421
Portland, ME 04101

**INVOICE**

Invoice # 96
Date: 12/07/2011
Due On: 01/06/2012

Ms Nicole Demont

## 00109-Demont

## Nicole Demont

| Type | Date | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 10/05/2011 | Legal Services: Intake and review claims and engagement with client | 1.00 | $215.00 | $215.00 |
| Service | 10/12/2011 | Legal Services: Review health plan and IEP | 0.40 | $215.00 | $86.00 |
| Service | 10/14/2011 | Legal Services: Review documents from client re: IEP | 0.40 | $215.00 | $86.00 |
| Service | 10/17/2011 | Legal Services: Email client x 4; Email E. Herlan x 2 | 0.60 | $215.00 | $129.00 |
| Service | 10/18/2011 | Legal Services: Review revised health plan | 0.30 | $215.00 | $64.50 |
| Service | 10/19/2011 | Legal Services: TC client x 3; review Dr. Morrison correspondence | 0.70 | $215.00 | $150.50 |
| Service | 10/24/2011 | Paralegal Services: TC from client re: seizure at school; research seizure disorders | 1.20 | $75.00 | $90.00 |
| Service | 10/25/2011 | Paralegal Services: TC from client re: update on seizure; memo; TC from client re: letter to RSU #34 | 0.70 | $75.00 | $52.50 |
| Service | 10/26/2011 | Legal Services: Draft/revise demand letter to RSU; TC client x 3 | 1.00 | $215.00 | $215.00 |
| Service | 10/26/2011 | Paralegal Services: TC from client re: Letter to RSU | 0.20 | $75.00 | $15.00 |
| Service | 10/27/2011 | Legal Services: Email from Suptdt; TC client x 2 | 0.30 | $215.00 | $64.50 |
| Service | 11/01/2011 | Legal Services: Email N. Demont and Supt x 2 | 0.30 | $215.00 | $64.50 |
| Service | 11/02/2011 | Legal Services: TC N. Demont; email exchange x 3; review memo to file from paralegal; legal research re: relationship between Section 504 and IDEA | 0.80 | $215.00 | $172.00 |
| Service | 11/08/2011 | Legal Services: Legal research section 504/IDEA meet with N. Demont and Jordyn Demont | 1.50 | $215.00 | $322.50 |
| Service | 11/14/2011 | Legal Services: Review health plan from K. Kennison; TC and email client; Review letter from Dr. Morrison to RSU 34; Email E. Herlan | 0.50 | $215.00 | $107.50 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 11/15/2011 | Legal Services: TC client x 3; Email x 3 | 0.50 | $215.00 | $107.50 |
| Service | 11/16/2011 | Legal Services: Email E. Herlan x 5; TC client x 2 | 0.40 | $215.00 | $86.00 |
| Service | 11/18/2011 | Legal Services: TC Client x 3 | 0.20 | $215.00 | $43.00 |
| Service | 11/21/2011 | Legal Services: Email client x 2; review final health plan | 0.30 | $215.00 | $64.50 |
| Service | 11/22/2011 | Legal Services: TC with client x 4 | 0.20 | $215.00 | $43.00 |
| Service | 11/29/2011 | Legal Services: TC and Email E. Herlan; TC client x 3 | 0.40 | $215.00 | $86.00 |
| Service | 12/02/2011 | Legal Services: Email client; TC client | 0.10 | $215.00 | $21.50 |
| Service | 12/03/2011 | Legal Services: Email client x2 | 0.10 | $215.00 | $21.50 |
| Service | 12/05/2011 | Legal Services: Review IEP Written Notice and revised health plans; TC client x 2; TC E. Herlan | 0.30 | $215.00 | $64.50 |
| Service | 12/06/2011 | Legal Services: Review letter from RSU to clients; several calls to/from client; TC and Email E. Herlan | 0.50 | $215.00 | $107.50 |
| Service | 12/07/2011 | Legal Services: Emails and calls (x3) to/from client | 0.30 | $215.00 | $64.50 |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| James Clifford | Attorney | 11.1 | $215.00 | $2,386.50 |
| Michelle Barter | Non-Attorney | 2.1 | $75.00 | $157.50 |
| | | | **Subtotal** | **$2,544.00** |
| | | | **Discount** | **$44.00** |
| | | | **Total** | **$2,500.00** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 124 | 06/28/2012 | $4,671.00 | $0.00 | $4,671.00 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 96 | 01/06/2012 | $2,500.00 | $0.00 | $2,500.00 |
| | | | **Outstanding Balance** | **$7,171.00** |
| | | | **Total Amount Outstanding** | **$7,171.00** |

Please make all amounts payable to: Law Office of James Clifford, LLC



**LAW OFFICE OF JAMES CLIFFORD**
*Solving Problems | One Client at a Time*

One Monument Way, Suite 421
Portland, ME 04101

# INVOICE

Invoice # 124
Date: 05/29/2012
Due On: 06/28/2012

Ms Nicole Demont

## 00109-Demont

## Nicole Demont

| Type | Date | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 12/09/2011 | Legal Services: TC and Email form client; Email E. Herlan x 2 | 0.50 | $215.00 | $107.50 |
| Service | 12/12/2011 | Paralegal Services: TC from client re: update | 0.10 | $75.00 | $7.50 |
| Service | 12/13/2011 | Legal Services: Several TC client | 0.50 | $215.00 | $107.50 |
| Service | 12/14/2011 | Legal Services: Several TC client; Email E. Herlan x 2; Legal research re: exhaustion | 1.20 | $215.00 | $258.00 |
| Service | 12/21/2011 | Legal Services: Review correspondence from RSU 34; email from client; review health plan | 0.50 | $215.00 | $107.50 |
| Service | 12/27/2011 | Legal Services: Email to client X 3; draft Notice of Claim MTCA; TC client | 0.60 | $215.00 | $129.00 |
| Service | 12/29/2011 | Legal Services: Lengthy TC client re: options; memo to file | 0.60 | $215.00 | $129.00 |
| Service | 01/12/2012 | Legal Services: Review notice from client re: 2010-2011 health plan (grade 8); TC with nicole Demont; email X 5 with Nicole Demont [NOTE: increase in hourly rate effective 1/1/12] | 1.20 | $225.00 | $270.00 |
| Service | 01/12/2012 | Paralegal Services: TC with client re: discuss email and 504 plan | 0.30 | $75.00 | $22.50 |
| Service | 01/19/2012 | Paralegal Services: TC re: next steps and discuss email sent on 11/19/12 | 0.20 | $75.00 | $15.00 |
| Service | 01/30/2012 | Legal Services: Lengthy TC from client re: status and next steps; draft notice of claim MTCA | 0.80 | $225.00 | $180.00 |
| Service | 02/06/2012 | Legal Services: Email from client re: update; follow up TC | 0.20 | $225.00 | $45.00 |
| Service | 02/07/2012 | Paralegal Services: TC from client re: Update on Jordyn | 0.20 | $75.00 | $15.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 02/08/2012 | Paralegal Services: TC and Email from client re: 504 and Notice of Claim | 0.30 | $75.00 | $22.50 |
| Service | 02/09/2012 | Legal Services: Lengthy TC with Nicole Demont re: status of engagement and agreement to pursue Phase II of representation i.e. file civil claim against RSU 34 | 0.70 | $225.00 | $157.50 |
| Service | 02/20/2012 | Legal Services: Legal research re: exhaustion of remedies and application of Section 504, ADA, MHRA claims | 0.50 | $225.00 | $112.50 |
| Service | 02/22/2012 | Paralegal Services: LAW CLERK TIME ENTRY for legal research re: necessity of exhausting administrative remedies | 1.70 | $100.00 | $170.00 |
| Service | 02/23/2012 | Paralegal Services: LAW CLERK TIME ENTRY legal research re: rules and regulations for administering medications in a school setting | 0.70 | $100.00 | $70.00 |
| Service | 02/27/2012 | Legal Services: Draft due process hearing request; follow up with client by email and TC x 2 re: factual accuracy of due process request; email E. Herlan x 4; file due process hearing request; TC Pat Neumeyer and Susan Parks DoE; draft and submit Notice of Claim pursuant to Maine Tort Claims Act; email same to Superintendent Walker of RSU #34 | 2.20 | $225.00 | $495.00 |
| Service | 02/29/2012 | Legal Services: Numerous emails and calls to/from DoE (S. Parks and P. Neumeyer), email E. Herlan x 4, TC client - re: DPH request | 0.50 | $225.00 | $112.50 |
| Service | 03/05/2012 | Legal Services: TC E. Herlan re settlement; email E Herlan x 3 re settlement; TC and email client; draft demand letter | 0.80 | $225.00 | $180.00 |
| Service | 03/06/2012 | Legal Services: Email from M. Hewey re: insurance policy; review same | 0.30 | $225.00 | $67.50 |
| Service | 03/07/2012 | Legal Services: Email exchange E. Herlan X 8 between 3/6 and 3/7 | 0.70 | $225.00 | $157.50 |
| Service | 03/08/2012 | Legal Services: Email exchange E. Herlan and S. Parks (DoE) X 2 | 0.20 | $225.00 | $45.00 |
| Service | 03/09/2012 | Legal Services: Email exchange E. Herlan X 3 re: insurance and mediation | 0.20 | $225.00 | $45.00 |
| Service | 03/12/2012 | Legal Services: Email exchange X 2 Mediator re: rescheduling | 0.20 | $225.00 | $45.00 |
| Service | 03/13/2012 | Legal Services: Draft request for extension; email exchange M. Hewey, Mediator, Officer and E. Herlan X 14 | 1.00 | $225.00 | $225.00 |
| Service | 03/14/2012 | Legal Services: Tc client X 2; email form client X 2; email to/from E. Herlan X 2; review RSU motion to dismiss | 0.80 | $225.00 | $180.00 |
| Service | 03/15/2012 | Legal Services: Email to E. Herlan | 0.10 | $225.00 | $22.50 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 03/19/2012 | Legal Services: Review RSU motion to dismiss; legal research | 1.00 | $225.00 | $225.00 |
| Service | 03/26/2012 | Legal Services: Draft response to motion to dismiss; email to/from E. Herlan and Hearing Officer X 3 | 1.00 | $225.00 | $225.00 |
| Service | 03/28/2012 | Legal Services: Review letter from E. Herlan to Mediator | 0.20 | $225.00 | $45.00 |
| Service | 03/29/2012 | Legal Services: Email exchange X 5 E. Herlan and Mediator X 4 (3/29-3/39) | 0.40 | $225.00 | $90.00 |
| Service | 04/02/2012 | Legal Services: Email to/from client X 3 re: update Jordyn; email form S. Parks (DoE) re: schedule | 0.50 | $225.00 | $112.50 |
| Service | 04/05/2012 | Legal Services: Review hearing officer's ruling on motion to dismiss | 0.30 | $225.00 | $67.50 |
| Service | 04/20/2012 | Legal Services: TC E. Herlan and client | 0.20 | $225.00 | $45.00 |
| Service | 04/23/2012 | Legal Services: Email exchange E. Herlan X 2 re: settlement | 0.20 | $225.00 | $45.00 |
| Service | 05/03/2012 | Legal Services: TC E. Herlan re: settlement; TC and email to client | 0.30 | $225.00 | $67.50 |
| Service | 05/25/2012 | Legal Services: Calls and emails to and from N. Demont and E. Herlan between 5/4/12 and 5/25/12 | 0.50 | $225.00 | $112.50 |
| Service | 05/29/2012 | Legal Services: Letter to Eric Herlan; email to and from client and E. Herlan (x2) | 0.60 | $225.00 | $135.00 |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| James Clifford | Attorney | 15.6 | $225.00 | $3,510.00 |
| James Clifford | Attorney | 3.9 | $215.00 | $838.50 |
| Michelle Barter | Non-Attorney | 2.4 | $100.00 | $240.00 |
| Michelle Barter | Non-Attorney | 1.1 | $75.00 | $82.50 |
| | | | Total | $4,671.00 |

# Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 96 | 01/06/2012 | $2,500.00 | $0.00 | $2,500.00 |

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 124 | 06/28/2012 | $4,671.00 | $0.00 | $4,671.00 |
| | | | **Outstanding Balance** | **$7,171.00** |
| | | | **Total Amount Outstanding** | **$7,171.00** |

Please make all amounts payable to: Law Office of James Clifford, LLC

|               | Law Office of James Clifford |
|---------------|------------------------------|
|               | One Monument Way             |
|               | 2nd Floor                    |
|               | Portland, Maine 04101        |
|               | United States                |
|               | 207-541-9101                 |

# Law Office of James Clifford

**Invoice**

| Invoice #     | 00024              |
|---------------|--------------------|
| Invoice Date  | September 17, 2012 |
| Due Date      |                    |
| Balance Due   | $5,000.00          |
| Payment Terms |                    |
| Case / Matter | Demont v RSU 34    |

Nicole Demont

## Time Entries

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|------|----|----|----|----|----|----|
| 05/29/2012 | JC | Carry Invoice Forward | Carry Fwd Invoice #96 ($2500) and #124 ($4671) | 7171.00 | flat | 7171.00 |
| 06/01/2012 | JC | Legal Services | Email x 3 client; email correspondence E Herlan | 225.00 | 0.3 | 67.50 |
| 06/04/2012 | JC | Legal Services | TC Nicole Demont; legal research re: Section 504/ADA exhaustion; rough draft complaint | 225.00 | 1.2 | 270.00 |
| 06/05/2012 | JC | Legal Services | TC client; email from E Herlan with offer to settle for $7,500; review file | 225.00 | 0.4 | 90.00 |
| 06/06/2012 | JC | Legal Services | Email to and from E Herlan re: settlement; TC client | 225.00 | 0.2 | 45.00 |
| 06/08/2012 | JC | Legal Services | Review client email train from Oct 2011 re: incidents at OTHS; email to and from client; meet with law clerk re: complaint | 225.00 | 0.6 | 135.00 |
| 06/12/2012 | JC | Legal Services | Meet with law clerk; review and edit complaint; legal research Title 20-A and Maine Tort Claims Act; email to and from client x 4 | 225.00 | 0.8 | 180.00 |
| 06/13/2012 | JC | Legal Services | Revise complaint; email to and from client; send draft complaint to Eric Herlan; legal research tort claims | 225.00 | 0.8 | 180.00 |
| 06/15/2012 | JC | Legal Services | Finish drafting complaint; email E Herlan; email to and from client x 2; legal research Maine Tort Claims Act | 225.00 | 0.7 | 157.50 |
| 06/15/2012 | JC | Legal Services | Research Title II ADA and Section 504; research statutes in Maine dealing with civil liability; research Section 1983 and Maine Civil Rights Act | 225.00 | 0.7 | 157.50 |
| 06/21/2012 | JC | Legal Services | Email and tc client; meet with law clerk | 225.00 | 0.4 | 90.00 |
| 06/24/2012 | JC | Legal Services | Final edits complaint; email E Herlan re: acceptance of service | 225.00 | 0.4 | 90.00 |
| 06/27/2012 | JC | Legal Services | Email to and from client | 225.00 | 0.2 | 45.00 |
| 07/10/2012 | JC | Legal Services | Review notice of removal and associated pleadings through ECF; TC and email client re: status | 225.00 | 0.5 | 112.50 |

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|
| 07/18/2012 | MB | Paralegal Services | Create Pleadings Binder | 75.00 | 0.2 | 15.00 |
| 08/02/2012 | JC | Legal Services | Email exchange client x 3 re: status | 225.00 | 0.5 | 112.50 |
| 08/03/2012 | MB | Paralegal Services | Calendar scheduling order | 75.00 | 0.2 | 15.00 |
| 08/06/2012 | JC | Legal Services | Email exchange client; review scheduling order; meet with law clerk for status and next steps; brief legal research Rule 26 | 225.00 | 0.7 | 157.50 |
| 08/14/2012 | AP | Legal Services [LAW CLERK] | Draft RFPD and Interrogatories | 100.00 | 1.6 | 160.00 |
| 08/20/2012 | JC | Legal Services | Email exchange M Hewey and client; review scheduling order; meet with law clerk re assignments and research | 225.00 | 0.5 | 112.50 |
| 08/28/2012 | JC | Legal Services | Email M Hewey re Rule 26 disclosures | 225.00 | 0.1 | 22.50 |
| 09/06/2012 | JC | Legal Services | Email to and from client x 3; TC client; meet briefly with paralegal re: Rule 26 disclosure information from client; review notes and file memos re: witnesses and documents | 225.00 | 0.8 | 180.00 |
| 09/07/2012 | JC | Legal Services | TC and email exchange M Hewey re settlement/fees; TC client same | 225.00 | 0.3 | 67.50 |
| 09/13/2012 | JC | Legal Services | Review proposed release from M Hewey; TC client to discuss; email to client | 225.00 | 0.4 | 90.00 |
| 09/14/2012 | JC | Legal Services | Edit motion for settlement approval; email to/from client x 3; email to/from M Hewey re: settlement approval | 225.00 | 0.8 | 180.00 |
| 09/17/2012 | JC | Legal Services | Email to/from M Hewey x 3 and email to/from client x 2 re: settlement approval; prepare final version to file with court. NOTE: JAC AGREED TO CAP FEE AFTER THIS ENTRY | 225.00 | 0.6 | 135.00 |

Time Entry Total: **$10,038.50**

## Expenses

| Date | EE | Activity | Description | Cost | Quantity | Line Total |
|---|---|---|---|---|---|---|
| 06/25/2012 | JC | Filing Fee | Filing fee Penobscot Superior Court | 150.00 | 1.0 | 150.00 |

Expense Total: **$150.00**

## Discounts & Additions

| Item | Applied To | Type | Description | Basis | Percent | Line Total |
|---|---|---|---|---|---|---|
| Discount | Sub-Total | $ - Amount | Per agreement with client | | | (188.50) |

Discount Total: **$(188.50)**

| | |
|---|---:|
| Time Entry Sub-Total: | 10,038.50 |
| Expense Sub-Total: | 150.00 |
| **Sub-Total:** | **10,188.50** |
| Discounts: | (188.50) |
| Additions: | 0.00 |
| **Total:** | **10,000.00** |
| **Amount Paid:** | **5,000.00** |
| **Balance Due:** | **$5,000.00** |